UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

vs.

LARRY WILLIAMS,

    Defendant.
                                /

Case No. 18-20438

HON. ROBERT H. CLELAND

**ORDER GRANTING MOTION TO WITHDRAW
AND DETERMINING EXCLUDABLE DELAY**

This matter comes before the court on Ronald P. Weitzman's Motion to Withdraw filed on October 3, 2018. Upon review of the motion and brief, the Court will grant the motion. Therefore,

IT IS ORDERED that the Motion to Withdraw is **GRANTED**. The Federal Community Defender's Office is directed to appoint new counsel. After the filing of an appearance by the new attorney, this court will hold a status conference on **November 15, 2018 at 10:00 am in Port Huron,** Michigan and issue a scheduling order setting new dates.

IT IS FURTHER ORDERED that the time period from October 12, 2018 to November 12, 2018 shall be excludable from time calculation mandated by the Speedy Trial Act, 18 U.S.C. § 3161(H)(7)(A)(B) and 18 U.S.C. § 3161(H)(7)(B)(iv), and that the ends of

justice served by this delay outweigh the public's and the defendant's interest in a speedy trial.

        S/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated: October 15, 2018

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 15, 2018, by electronic and/or ordinary mail.

        S/Lisa Wagner
        Case Manager and Deputy Clerk
        (810) 292-6522